UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
(GREENWOOD DIVISION)

| | |
|---|---|
| Private Solutions, Inc.,<br>Plaintiff,<br><br>v.<br><br>SCMC, LLC d/b/a Seneca SCMC, LLC,<br>Defendant. | Case No. 14-cv-03874-GRA<br><br>**Motion<br>in Support of<br>*Pro Hac Vice* Application** |

      The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that Thomas J. Gaffney, Esq. be admitted *pro hac vice* in the above-captioned case as associate counsel. As local counsel, I understand that:

1. I will personally sign and include my District of South Carolina federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and

2. All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number and those of my associate counsel admitted *pro hac vice*; and

3. Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted *pro hac vice*; and

4. Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.

5. Certification of Consultation (Local Civil Rule 7.02).
   - [X] Prior to filing this Motion, I conferred with opposing counsel who has indicated the following position as to this Motion: [ ] will likely oppose; [X] does not intend to oppose
   - [ ] Prior to filing this Motion, I attempted to confer with opposing counsel but was unable to do so for the following reason(s):
   
   _____
   
   - [ ] No duty of consultation is required because the opposing party is proceeding pro se.

| | |
|---|---|
| William W. Watkins, P.A.<br>Firm Name<br>P.O. Box 7365<br>Street Address or Post Office Box<br>Columbia, South Carolina 29202<br>City, State, Zip Code<br>803-782-0925<br>Telephone Number<br>wwwatkins@sc.rr.com<br>E-Mail Address | William W. Watkins, Sr.<br>Name of Local Counsel<br>*/s/ W Watkins*<br>Signature of Local Counsel<br>Local Counsel for the Defendant<br><br>District of South Carolina |

revised 09/19/05