# SUPREME COURT OF
# THE STATE OF NEW YORK
# APPELLATE DIVISION, FOURTH DEPARTMENT
# ROCHESTER, NEW YORK

I, ALAN L. ROSS, Deputy Clerk of the Appellate Division of the Supreme Court in the Fourth Judicial Department, State of New York, do hereby certify that

## *Thomas J. Gaffney*

was duly admitted to practice as an attorney and counselor at law in all courts of this state by this Court on **March 3, 2005**, and appears in good standing upon the roll of attorneys and counselors, and other records, in this office and has registered with the administrative office of the Courts as required by Judiciary Law §468-a.



*IN WITNESS WHEREOF*, I have hereunto set my hand and affixed the seal of this Court, at the City of Rochester, March 12, 2015.

_____
Deputy Clerk of the Court

SUPREME COURT OF
THE STATE OF NEW YORK
APPELLATE DIVISION, FOURTH DEPARTMENT