


UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

**PHV ATTORNEY NAME AND ADDRESS UPDATE FORM**

Case number(s) in which admitted as PHV counsel: 14-cv03874-GRA

Please complete this form when *any* of the listed information should be updated in the Court's records.

ATTORNEY NAME: Thomas J. Gaffney

FIRM: Lippes Mathias Wexler Friedman LLP

ADDRESS: 665 Main Street, Suite 300

Buffalo, New York 14203

PHONE NUMBER: 716-853-5100

FAX NUMBER: 716-853-5199

E-MAIL FOR ELECTRONIC SERVICE: tgaffney@lippes.com

SECONDARY E-MAIL FOR ELECTRONIC SERVICE: bowens@lippes.com

By submitting this form, I consent to electronic service via NEF of all documents filed in the ECF system in cases in which I appear in the District of South Carolina.

Signature: _____      Date: March 19, 2015

Fax completed form to:     (803) 765-5108
                           Attn: CM/ECF Administrator

OR mail completed form to:  CM/ECF Administrator
                            U.S. District Court
                            901 Richland Street
                            Columbia, SC  29201