NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

PRIVATE SOLUTIONS INC.,

    Plaintiff,

v.

SCMC, LLC d/b/a SENECA SCMC, LLC,

    Defendant.

Civ. No. 15-3241

ORDER

THOMPSON, U.S.D.J.

For the reasons stated in this Court's Opinion issued on this same day,

IT IS, on this 6th day of July, 2016,

ORDERED that Defendant's Appeal (ECF No. 70) is GRANTED IN PART and DENIED IN PART; and it is further

ORDERED that Magistrate Judge Bongiovanni's May 20, 20, 2016 Memorandum Opinion and Order (ECF No. 63) is REVERSED to the extent that it granted Plaintiff's Motion to Amend (ECF No. 53); and it is further

ORDERED that the operative complaint for this action is now the original complaint (ECF No. 1).

                                                        */s/ Anne E. Thompson*
                                                        ANNE E. THOMPSON, U.S.D.J.